FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -7 2007

JAMES W McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                    ) | NO. 4:07CR00026 SWW |
| ) | |
| GARY F. INGLE                             ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 3013 |
| ) | 18 U.S.C. § 3571 |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

A.   That prior to October 4, 2006, in the Eastern District of Arkansas, the defendant,

**GARY F. INGLE**

had previously been convicted as follows:

1.   On March 31, 2005 in United States District Court, of Wilful Failure to Collect or Pay Employment Taxes, in criminal case 4:04CR68(1) JMM.

B.   That the crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.   That on or about October 4, 2006, in the Eastern District of Arkansas,

**GARY F. INGLE**

did knowingly possess at least 9 rounds of ammunition that had been transported in interstate commerce, to wit, 9 rounds of Federal 7 mm Rem. Mag. caliber ammunition, thereby violating Title 18, United States Code, Section 922(g)(1).

End of Text.   Signature Page Attached.